United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Salvador Segovia, Jr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-3227 |
| OM Jee Investments, Inc., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On September 30, 2024, Plaintiff, Salvador Segovia, Jr., filed a Notice of Settlement (docket no. 7) announcing that a settlement has been reached in this action with Defendant, OM Jee Investments, Inc.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 2nd day of October, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE